IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARILYN J. PAGE                                                                                    PLAINTIFF

V.                                    NO. 5:04CV00382-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 20th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE